## Commonwealth ex rel. Duval, Appellant, *v.* Case.

Argued April 22, 1968.   Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Bernard L. Segal,* with him *Needleman, Needleman, Segal & Tabb,* for appellant.

*Oscar S. Bortner,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for appellee.

OPINION PER CURIAM, April 24, 1968:
Order affirmed.